```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS106653
Cashier ID: cdelgado
Transaction Date: 11/15/2018
Payer Name: Kevin Kelly
------------------------------------
CIVIL FILING FEE
 For: Kevin Kelly
 Case/Party: D-CAS-3-18-CV-002615-001
 Amount:        $400.00
------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
------------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00


There will be a fee of $53.00
charged for any returned check.
```