UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. KELLY,<br><br>                      Plaintiff,<br><br>v.<br><br>CITY OF POWAY, a municipal corporation,<br><br>                      Defendant. | Case No.: 18-CV-2615 JLS (WVG)<br><br>**ORDER DENYING MOTION TO SUPPLEMENT PLEADINGS**<br><br>(ECF No. 24) |

      Presently before the Court is Plaintiff Kevin T. Kelly's Motion for Leave to File Supplemental Pleadings ("Mot.," ECF No. 24). Defendant filed a Response in Opposition to (ECF No. 27) and Plaintiff filed a Reply in Support of (ECF No. 28) the Motion.

      A party may request leave to file a "supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented." Fed. R. Civ. P. 15(d). "Rule 15(d) provides a mechanism for parties to file additional causes of action based on facts that didn't exist when the original complaint was filed." *Eid v. Alaska Airlines, Inc.*, 621 F.3d 858, 874 (9th Cir. 2010). Here, Plaintiff proposes to add factual allegations concerning events that occurred both *before* and after he filed the original complaint. Plaintiff argues that the only event relevant to the current motion is the notice of intent letter that Plaintiff filed after he filed the original complaint. Mot. at 4–5. That notice letter, however, forms a basis of Plaintiff's proposed operative

complaint and contains new facts that occurred before the original complaint was filed. For this reason, "Rule 15(a)—not Rule 15(d)—is the proper vehicle for [Plaintiff] to alter [his] pleadings." *Rovai v. Select Portfolio Servicing, Inc.*, 2019 WL 1779586, at *3 (S.D. Cal April 23, 2019) (citing *Eid*, 621 F.3d at 887 ("The only available mechanism for adding [new claims before plaintiff filed its original complaint] was an amended complaint pursuant to Rule 15(a).")).

Accordingly, the Court **DENIES** Plaintiff's Motion for Leave to File Supplemental Pleadings (ECF No. 24). Because Plaintiff recently retained counsel and the case is still in the pleading stage, the Court will entertain a properly filed Motion under Rule 15(a) to amend the complaint.

**IT IS SO ORDERED.**

Dated: August 12, 2019

Hon. Janis L. Sammartino
United States District Judge