| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. KELLY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF POWAY, a municipal corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 18-CV-2615 JLS (WVG)<br><br>**ORDER (1) DENYING EX PARTE MOTION TO EXPEDITE RULING ON MOTION FOR LEAVE TO AMEND; (2) VACATING HEARING; AND (3) DEFERRING RULING ON MOTION TO DISMISS**<br><br>(ECF Nos. 10, 30, 31) |

　　　　Presently before the Court is Plaintiff Kevin T. Kelly's *ex parte* Motion to Expedite Ruling on Motion for Leave to Amend ("Mot.," ECF No. 31). Defendant filed a Response in Opposition to (ECF No. 32) the Motion. Plaintiff requests the Court set an expedited briefing schedule and rule on its Motion for Leave to Amend (ECF No. 30) before September 20, 2019 to avoid the possibility of the San Diego Water Board filing suit, which would bar Plaintiff from bringing its claims. Mot. at 2–3. The Court does not find that "the evidence . . . show[s] that the [Plaintiff]'s cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures[] . . . [,] that [Plaintiff] is without fault in creating the crisis that requires *ex parte* relief, or that the crisis

1

occurred as a result of excusable neglect." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Accordingly, the Court **DENIES** Plaintiff's *ex parte* Motion (ECF No. 31). The briefing schedule currently in place will remain in place. Because the Court finds the Motion suitable for resolution without oral argument, the Court **VACATES** the hearing on Plaintiff's Motion for Leave to Amend (ECF No. 30) currently set for September 26, 2019 at 1:30 p.m. and will take the matter under submission after briefing is complete. Finally, because Plaintiff's Motion for Leave to Amend could render Defendant's Motion to Dismiss moot, the Court **DEFERS RULING** on Defendant's Motion (ECF No. 10) pending resolution of the Motion for Leave to Amend.

**IT IS SO ORDERED.**

Dated: September 11, 2019

Hon. Janis L. Sammartino
United States District Judge