BOOTH LLP
Joshua N. Levine (SBN 171840)
11835 W. Olympic Blvd., Suite 600E
Los Angeles, CA 90025
Telephone: (310) 641-1800 / Facsimile: (310) 641-1818
E: jlevine@BoothLLP.com

Alan B. Fenstermacher (SBN 278171)
afenstermacher@rutan.com
John A. Ramirez (SBN 184151)
jramirez@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100 / Facsimile: (714) 546-9035

Attorneys for Defendant,
CITY OF POWAY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. KELLY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF POWAY, a municipal corporation,<br><br>Defendant. | Case No. 3:18-cv-2615-JO-DEB [Lead]<br>Case No. 3:19-cv-1803-JO-DEB<br><br>[Consolidated Actions]<br><br>Hon. Jinsook Ohta<br>Courtroom: 4C<br><br>JOINT MOTION TO EXTEND DEADLINE TO ANSWER |

1

Defendant the City of Poway ("the City") and Plaintiff Kevin Kelly ("Plaintiff") hereby stipulate and jointly move as follows:

**RECITALS**

1. On May 13, 2022, the Court issued an Order (Dkt. 59) on the City's Motion to Dismiss Plaintiff's Third Amended Complaint. The Court Order granted the Motion to Dismiss on all claims in the Third Amended Complaint, with the exception of certain portions of Claims 6, 7, and 8 of the Third Amended Complaint.
2. The May 13, 2022, Court Order instructed the City to answer the Plaintiff's Third Amended Complaint with respect to the three remaining claims within 14 days of the date of the order. As the order was issued on May 13, the City's deadline to answer would therefore be May 27, 2022.
3. On May 25, 2022, Plaintiff informed the City that it intended to move to amend the Third Amended Complaint in order to remove the three claims that were not dismissed by the Court Order. Plaintiff believes that it will be able to accomplish this procedurally within 90 days.
4. Once the three remaining claims are removed, there will be no claims in the operative complaint to which the City would be required to answer.
5. The Third Amended Complaint is 240 pages and contains 965 paragraphs. The parties agree that it would be a waste of resources to require an answer to this complaint in light of Plaintiff's intent to dismiss all remaining operative claims.
6. In order to avoid the waste of resources, the Parties have agreed that the deadline for the City to answer the Third Amended Complaint be extended by ninety days.

**IT IS THEREFORE HEREBY STIPULATED:**

2

JOINT MOTION AND STIPULATION  Case No. 3:18-cv-2615-JLS-AHG
FOR FURTHER COORDINATION OF ACTIONS  Case No. 3:19-cv-1803-JLS-AHG

1. The deadline for the City to answer the Third Amended Complaint is extended by ninety days.

Dated: May 26, 2022                                BOOTH LLP

                                                   */s/ Joshua Levine*

                                                   By:  Joshua Levine
                                                   Attorneys for Defendant
                                                   CITY OF POWAY

Dated: May 26, 2022                                Kevin Kelly

                                                   */s/ Kevin Kelly*

                                                   By:  Kevin Kelly

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all above-referenced signatories and I have obtained authorization from all signatories to affix their signatures to this document.

Dated: May 26, 2022                                BOOTH LLP

                                                   */s/ Joshua Levine*
                                                   By:  Joshua Levine
                                                   Attorneys for Defendant
                                                   CITY OF POWAY

3

JOINT MOTION AND STIPULATION                      Case No. 3:18-cv-2615-JLS-AHG
FOR FURTHER COORDINATION OF ACTIONS               Case No. 3:19-cv-1803-JLS-AHG