BOOTH LLP
Joshua N. Levine (SBN 171840)
11835 W. Olympic Blvd., Suite 600E
Los Angeles, CA 90025
Telephone: (310) 641-1800 / Facsimile: (310) 641-1818
E: jlevine@BoothLLP.com

Alan B. Fenstermacher (SBN 278171)
afenstermacher@rutan.com
John A. Ramirez (SBN 184151)
jramirez@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100 / Facsimile: (714) 546-9035

Attorneys for Defendant,
CITY OF POWAY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. KELLY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF POWAY, a municipal corporation,<br><br>Defendant. | Case No. 3:18-cv-2615-JO-DEB [Lead]<br>Case No. 3:19-cv-1803-JO-DEB<br><br>[Consolidated Actions]<br><br>Honorable Jinsook Ohta<br><br>RESPONSE AND PARTIAL OPPOSITION TO PLAINTIFF KEVIN KELLY'S MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT AND REQUEST FOR FINAL ENTRY OF DISMISSAL |

1

RESPONSE AND PARTIAL OPPOSITION TO
KEVIN KELLY'S MOTION FOR LEAVE TO AMEND THIRD
AMENDED COMPLAINT AND REQUEST FOR FINAL ENTRY OF DISMISSAL

USDC Case No.: 3-18-CV-2615-JO (DEB)

Defendant the City of Poway ("the City") hereby files this Response And Partial Opposition To Plaintiff Kevin Kelly's ("Plaintiff") Motion For Leave To Amend Third Amended Complaint And Request For Final Entry Of Dismissal (ECF 64). ("Plaintiff's Motion").

In Plaintiff's Motion, Plaintiff seeks to amend his Third Amended Complaint (the "TAC") to "drop the three claims remaining after the prior Court dismissal of Plaintiff's TAC. . . . " (Plaintiff's Motion at 1:9-10.) It also seeks an order for dismissal of these claims. (Plaintiff's Motion at 1:19-23).

The City has no opposition to Plaintiff's request for an order dismissing these claims. However, the City opposes the request to amend the TAC to dismiss these claims as procedurally improper. As acknowledged by Plaintiff, a party seeking to amend a complaint must provide a copy of the proposed pleading. USDC Local Rules, Civil Rule 15.1 (b). The party must also provide a version of the proposed pleading showing differences in the proposed pleading from the prior pleading. USDC Local Rules, Civil Rule 15.1 (b) and (c). A motion to amend may be denied due to failure to attach the proposed pleading to the motion. *See Cureton v. National Collegiate Athletic Ass'n* (3rd Cir. 2001) 252 F3d 267, 273; *In re 2007 Novastar Fin'l Inc., Secur. Litig.* (8th Cir. 2009) 579 F3d 878, 884.

Plaintiff states that a proposed amended pleading is unnecessary as it does not intend to file a Fourth Amended Complaint. (Plaintiff's Motion at 9:5-9.) However, this statement underscores the procedural ambiguity created if the requested amendment is granted. If Plaintiff's Motion is granted, the Third Amended Complaint will no longer be the operative complaint, but there will be no Fourth Amended Complaint to supersede it, and thus it will be uncertain which allegations remain part of the operative complaint. This uncertainty is heightened as Plaintiff seeks an amendment to drop "portions" of certain claims, not entire

claims, so it will be uncertain as to which allegations of these claims have been removed by amendment, and which remain.

     Because of this issue, the cleaner procedural approach would be to deny the motion to amend, and just enter the order requested by Plaintiff dismissing the three remaining claims.

Dated: July 27, 2022                                BOOTH LLP

                                                         *Joshua Levine*
                                          By: Joshua Levine
                                          Attorneys for Defendant
                                          CITY OF POWAY

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | *FOR COURT USE ONLY* |
|---|---|---|
| *Kevin T. Kelly v. City of Poway* | | |
| Joshua N. Levine<br>BOOTH LLP<br>11835 W. Olympic Blvd.<br>Suite 600-East<br>Los Angeles, CA  90064 | | |
| **Attorney(s) for:**<br>CITY OF POWAY | **Courtroom 4C** | **Case Number**<br>3:18-cv-2615-JO-DEB |

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 11835 West Olympic Boulevard, Suite 600-East, Los Angeles, California 90064. On July 27, 2022 I served a copy of the following document(s):

**RESPONSE AND PARTIAL OPPOSITION TO PLAINTIFF KEVIN KELLY'S MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT AND REQUEST FOR FINAL ENTRY OF DISMISSAL**

(BY MAIL) I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with Booth LLP's practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit. Service by this method was sent to:

Kevin T. Kelly
2669 Hamilton Avenue
El Centro, CA  92243
E-mail: ktkelly@me.com

(BY E-MAIL) By transmitting a true copy of the foregoing document to the e-mail address as set forth above.

VIA CM/ECF SYSTEM)  The aforementioned documents were electronically filed with the Clerk of the United States District Court Southern District of California by using the CM/ECF system.  I certify that service upon all participants in the case which are registered CM/ECF users, will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the  foregoing is true and correct. Executed on July 27, 2022, at Los Angeles, California.

                                                */s/ Carol Easton*
                                                Carol Easton

S:\Active Cases\2511-006 Lake Poway\3.19-cv-2615 Kelly v. C.O.P\Drafts\2022.07.27 PARTIAL OPPOSITION TO MOTION TO AMEND (8.10.22).docx

5

RESPONSE AND PARTIAL OPPOSITION TO                    USDC Case No.:  3-18-CV-2615-JO (DEB)
KEVIN KELLY'S MOTION FOR LEAVE TO AMEND THIRD
AMENDED COMPLAINT AND REQUEST FOR FINAL ENTRY OF DISMISSAL