

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin T. Kelly, Pro Se | Civil Action No. 18cv2615-JO-DDL |
| Plaintiff, | |
| V. | |
| City of Poway, a municipal corporation | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's request for voluntary dismissal [Dkt. 64]. The action is dismissed without prejudice. Case is closed.

Date:    9/22/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Sotelo
L. Sotelo, Deputy