|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 25 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KEVIN THOMAS KELLY,

    Plaintiff-Appellant,

v.

CITY OF POWAY, a municipal corporation,

    Defendant-Appellee.

No. 22-55570

D.C. No. 3:18-cv-02615-JO-DEB
Southern District of California, San Diego

ORDER

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 6) is denied. *See* 9th Cir. R. 27-10.

Appellant's appeal from the district court's final judgment entered on September 22, 2022 remains pending in appeal No. 22-55920.

No further filings will be entertained in this closed appeal No. 22-55570.

DA/Pro Se