UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN THOMAS KELLY,

        Plaintiff - Appellant,

v.

CITY OF POWAY, a municipal corporation,

        Defendant - Appellee.

No. 22-55570

D.C. No. 3:18-cv-02615-JO-DEB
U.S. District Court for Southern California, San Diego

**MANDATE**

The judgment of this Court, entered September 22, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | SEP 22 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KEVIN THOMAS KELLY,

      Plaintiff-Appellant,

 v.

CITY OF POWAY, a municipal corporation,

      Defendant-Appellee.

No.   22-55570

D.C. No. 3:18-cv-02615-JO-DEB
Southern District of California, San Diego

ORDER

Before:  M. SMITH, BRESS, and VANDYKE, Circuit Judges.

A review of the record and the parties' responses to this court's August 30, 2022 order to show cause demonstrates that this court lacks jurisdiction over this appeal because the May 13, 2022 order challenged in the appeal is not final or appealable.  See Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)).  Consequently, this appeal is dismissed for lack of jurisdiction.

    **DISMISSED.**

DA/Pro Se